DANIEL S. IMBER, (SBN 185425)
E-mail: dimber@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Plaintiff
UNUM Life Insurance Company of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Maine Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>LARRY PAINTER, an individual; LEONARD ERMATINGER, an individual; and RYAN PAINTER, an individual,<br><br>            Defendants. | Case No. 2:09-CV-00732 FCD EFB<br><br>**STIPULATION AND ORDER FOR PARTIAL DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff UNUM Life Insurance Company of America ("UNUM") and Defendants Larry Painter, Ryan Painter and Leonard Ermatinger hereby stipulate to the following:

1.   That UNUM filed its Complaint in good faith and without any collusion with any of the parties hereto;

2.   That UNUM be released, discharged and forever acquitted of and from any and all liability of any kind or nature whatsoever to any of the parties hereto on account of UNUM group life insurance identification number 93628 issued to Con-

way, Inc. under policy number 292000 issued to the Select Group Insurance Trust (the "Policy") or the Policy proceeds due and owing thereunder;

  3. That UNUM may be dismissed from the within action with prejudice, the parties to bear their own fees and costs.

Dated: December __, 2009  DANIEL S. IMBER
           BURKE, WILLIAMS & SORENSEN, LLP


           By: /s/ Daniel S. Imber
             Daniel S. Imber
             Attorneys for Plaintiff
             UNUM Life Insurance Company of America

Dated: December 18, 2009  MITCHELL S. OSTWALD
           LAW OFFICES OF MITCHELL S. OSTWALD


           By: /s/
             Mitchell S. Ostwald
             Attorneys for Defendants
             Larry Painter and Ryan Painter

Dated: December 21, 2009  C. KRISTINE WHITE
           LAW OFFICE C. KRISTINE WHITE


           By: /s/
             C. Kristine White
             Attorneys for Defendant
             Leonard Ermatinger


**ORDER**

IT IS SO ORDERED.

Dated: December 29, 2009    /s/ Frank C. Damrell, Jr.
             FRANK C. DAMRELL, JR.
             UNITED STATES DISTRICT JUDGE