Mitchell S. Ostwald, Esq. (#127937)
Anne Marie Flaherty, Esq. (#99665)
**LAW OFFICES OF MITCHELL S. OSTWALD**
3001 I Street, Suite 300
Sacramento, California 95816
Telephone:  (916) 388-5100
Fax:  (916) 388-5134

Attorney for Defendants, Larry Painter
and Ryan Painter

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Main Corporation, | CASE NO.: 2:09-CV-00732-FCD-EFB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND DISCOVERY COMPLETION DATE** |
| v. | |
| LARRY PAINTER, an individual; LEONARD ERMATINGER, an individual; and RYAN PAINTER, an individual, | |
| Defendants. | |

The parties, through their respective counsel, respectfully submit this Stipulation and Proposed Order to Extend Discovery Completion Date.

This Court issued a Status (PreTrial Scheduling Order) on October 23, 2009, setting, among other things, a discovery completion date of set for March 30, 2010.  Just cause exists for extending the discovery completion date in that, despite a good faith effort by both parties (UNUM Life Insurance Company has been dismissed from this interpleader action), it appears that the depositions of all witnesses whose depositions have been noticed will not be completed before March 30, 2010 due to scheduling conflicts.

STIPULATION AND REQUEST TO EXTEND DISCOVERY COMPLETION DATE; [PROPOSED] ORDER- 1

In light of the approaching discovery completion date, and in an effort to coordinate the completion of all previously noticed depositions, the Parties agree that extending the discovery completion date so for the purpose of taking and completing the previously noticed depositions until June 4, 2010 would be appropriate.

The proposed extended discovery completion date will not affect any other deadlines contained in the Status (PreTrial Scheduling Order.

Therefore, IT IS HEREBY STIPULATED by and between the parties that the Parties will have up to and including June 4, 2010 by which to complete all previously noticed depositions.

DATED: March __, 2010              THE LAW OFFICES OF
                                   MITCHELL S. OSTWALD

                                   By:_____
                                       MITCHELL S. OSTWALD
                                       Attorney for Defendants
                                       Larry Painter and Ryan
                                       Painter


DATED: March __, 2010              By: _____
                                       C. KRISTINE WHITE
                                       Attorney for Defendant
                                       Leonard Ermatinger

**ORDER**

Good cause appearing to extend the discovery completion date, IT IS HEREBY ORDERED THAT the discovery completion date shall be extended to June 4, 2010.

Dated: March 25, 2010              _____
                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE