Mitchell S. Ostwald, Esq. (#127937)
Anne Marie Flaherty, Esq. (#99665)
**LAW OFFICES OF MITCHELL S. OSTWALD**
3001 I Street, Suite 300
Sacramento, California 95816
Telephone: (916) 388-5100
Fax: (916) 388-5134

Attorney for Defendants, Larry Painter
and Ryan Painter

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)**

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, a Main Corporation, | CASE NO.: 2:09-CV-00732-FCD-EFB |
| Plaintiff, | **STIPULATED SETTLEMENT; ORDER PURSUANT TO STIPULATION FOR DISTRIBUTION OF INTERPLED FUNDS AND DISMISSAL OF ACTION** |
| v. | |
| LARRY PAINTER, an individual; LEONARD ERMATINGER, an individual; and RYAN PAINTER, an individual, | |
| Defendants. | |

Defendants LARRY PAINTER and RYAN PAINTER ("Painters") and Defendant LEONARD ERMATINGER ("Ermatinger") through their respective attorneys, agree and stipulate as follows:

1.  On March 17, 2009 Plaintiff UNUM Life Insurance Company of America ("UNUM") filed a complaint in interpleader naming the Painters and Ermatinger as Defendants. As part of UNUM's Complaint, funds in the amount of $88,935.45 were deposited with the Court. On December 21, 2009 the parties entered into a Stipulation and Order for Partial

STIPULATED SETTLEMENT; ORDER PURSUANT TO STIPULATION FOR DISTRIBUTION
OF INTERPLED FUNDS AND DISMISSAL OF ACTION- 1

1 Dismissal of Action with Prejudice thereby dismissing UNUM from this
2 action.  The complaint arises out of a life insurance policy on
3 Jacqueline Painter, through her employer Conway, Inc.  All parties
4 made a claim for the life insurance.  The parties wish to finally
5 settle and resolve all of these issues on the terms set forth in the
6 Settlement Agreement and Release attached as Exhibit "A", the terms of
7 which are incorporated in full into this Stipulation.

    2.   Pursuant to the Settlement Agreement and Release, the
parties stipulate that the entire amount of funds interpled and on
deposit with the clerk in this matter be disbursed as follows:

        1.   The interpleader funds on deposit with the Court in
the amount of $88,935.45 plus any interest shall be disbursed in full
to Defendant Larry Painter c/o his of attorney The Law Offices of
Mitchell S. Ostwald.  Said check shall be made payable to the Mitchell
S. Ostwald Trust Account FBO Painter.

        2.   Larry Painter shall make payment to Ermatinger in the
amount of Twelve Thousand Five Hundred Dollars ($12,500.00), payable
within 10 days of receipt of the funds that are currently interplead
with the court in this matter.

DATED: May __, 2010              **THE LAW OFFICES OF**
                                 **MITCHELL S. OSTWALD**


                                 By:___/s/_____
                                    MITCHELL S. OSTWALD
                                    Attorney for Defendants
                                    Larry Painter and Ryan
                                    Painter

///

STIPULATED SETTLEMENT; ORDER PURSUANT TO STIPULATION FOR DISTRIBUTION
            OF INTERPLED FUNDS AND DISMISSAL OF ACTION- 2

DATED:  May __, 2010				C. KRISTINE WHITE
						A PROFESSIONAL CORPORATION


						By:___/s/_____
						    C. KRISTINE WHITE
						    Attorney for Defendant
						    Leonard Ermatinger


**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED THAT the entire amount of funds interpled and remaining on deposit with the clerk of the court in this matter be disbursed immediately as follows:

1.   The interpleader funds on deposit with the Court in the amount of $88,935.45 plus any interest shall be disbursed in full to Defendant Larry Painter c/o his of attorney The Law Offices of Mitchell S. Ostwald.  Said check shall be made payable to the Mitchell S. Ostwald Trust Account FBO Painter.

2.   Larry Painter shall make payment to Ermatinger in the amount of Twelve Thousand Five Hundred Dollars ($12,500.00), payable within 10 days of receipt of the funds that are currently interplead with the court in this matter.

3.   That this matter be dismissed with prejudice and that all matters pending before this court concerning this case are dropped from the court's calendar.

IT IS SO ORDERED.

DATED: May 13, 2010			_____
						FRANK C. DAMRELL, JR.
						UNITED STATES DISTRICT JUDGE

STIPULATED SETTLEMENT; ORDER PURSUANT TO STIPULATION FOR DISTRIBUTION
          OF INTERPLED FUNDS AND DISMISSAL OF ACTION- 3